## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN J. WALSH<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Petitioner,<br><br>v.<br><br>QUALITY INN AND SUITES – DANVILLE,<br>JACOB ADIGWE and EZEKIEL ADIGWE<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>) Misc. Action No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

Exhibit C

### DECLARATION OF MATTHEW EPSTEIN

Pursuant to 28 U.S.C. § 1746, I, Matthew Epstein, declare under penalty of perjury as follows:

1.  I am a senior trial attorney for the United States Department of Labor in the Philadelphia Regional Solicitor's Office.

2.  In my role I am responsible for supporting client agencies such as the Wage and Hour Division of the Department of Labor ("Wage and Hour").  I was assigned to assist Wage and Hour obtain records in connection with the administrative subpoenas that are the subject of this action.

3.  On April 12, 2022, I e-mailed and mailed a letter and copies of the subpoenas that are the subject of this action to Jacob and Ezekiel Adigwe at the following addresses:

93 Barker Ave, Sharon Hill, PA 19079-1416
300 Macdade Blvd, Collingdale, PA 19023-1600
2031 Ravenwood Rd, Folcroft, PA 19032-1508
37 Valley West Road, Danville, PA 17821
eandjventures@gmail.com
303qualityinn@gmail.com

4.  On April 14, 2022, I received a telephone call from Paul V. Isicrate.  Mr. Isicrate stated to me that he is a lawyer who had been contacted by Jacob Adigwe regarding the subpoena I mailed and e-mailed to Mr. Adigwe.  Mr. Isicrate stated to me that he does not represent Mr. Adigwe.  I asked that he inform Mr. Adigwe that the Department needed to obtain compliance with the subpoenas and he indicated that he would do so.  I made a record of this conversation in my electronic file and confirmed that Mr. Isicrate is an attorney licensed to practice law in the Commonwealth of Pennsylvania and that the phone number I was called from is publicly listed as his phone number.  *See* Attorney Lookup, Disciplinary Board of the Supreme Court of Pennsylvania,

https://www.padisciplinaryboard.org/for-the-public/find-attorney/attorney-detail/22215 (last accessed April 26, 2022).

5.  On April 22, 2022, I sent a follow-up e-mail to Jacob and Ezekiel Adigwe at the e-mail addresses listed above.  Neither has responded to that e-mail.

6. Neither Jacob nor Ezekiel Adigwe nor the Quality Inn have provided records to me or to Wage and Hour.

Executed on May 5, 2022.

By:   /s/ Matthew R. Epstein
      Matthew R. Epstein
      Senior Trial Attorney
      United States Department of Labor