# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN J. WALSH<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Petitioner,<br><br>v.<br><br>QUALITY INN AND SUITES – DANVILLE,<br>JACOB ADIGWE and EZEKIEL ADIGWE<br><br>Respondents. | Misc. Action No. _____ |

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of the Secretary of Labor's Petition to Enforce Administrative Subpoena, and any response thereto, it is hereby ORDERED that the Petition is GRANTED. It is further ORDERED that Respondents shall produce all documents requested in the administrative subpoena *duces tecum* and all attachments thereto issued on February 16, 2022, by the Wage and Hour Division, United States Department of Labor. These documents shall be delivered by Respondents to the Wage and Hour Division at the aforementioned address within ten days of the date of this Order.

It is FURTHER ORDERED that the statute of limitations applicable to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, is tolled from February 17, 2022, through the date on which Respondents fully comply with this Order.

By the Court,

Date: _____            _____
                                                                United States District Judge